UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------------------------------x

MANUEL RAMIREZ,                                     2ND Circuit Index No. 15-945

    Plaintiff-Appellant,

    -against-

VERIZON COMMUNICATIONS, INC., et al.

    Defendant-Appellee

------------------------------------------------------------x

### NOTICE OF CHANGE OF LAW FIRM NAME AND ADDRESS

    Pursuant to Local Rule 1.3(d) of this Court, please take notice of the change of law firm name, address, and telephone number for Kevin Mallon, Counsel for Plaintiff-Appellant Manuel Ramirez. The new law firm name and address information is:

    Mallon Consumer Law Group PLLC
    One Liberty Plaza, Suite 2301
    New York, NY 10006
    (646) 759-3662

Dated: July 6, 2015                                     Respectfully submitted,

                                                                                            _____
                                                                                            Kevin C. Mallon
                                                                                            Mallon Consumer Law Group PLLC
                                                                                            One Liberty Plaza, Suite 2301
                                                                                            New York, NY 10006
                                                                                            (646) 759-3662
                                                                                            *Counsel for Appellant Manuel Ramirez*